**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**THERESE HARRIS LAW OFFICES**
Therese S. Harris, Esq.
tharris@tharrislawoffice.com
P.O. Box 5084
Paso Robles, CA 93447
Telephone: (805) 369-2053
Facsimile: (805) 426-9375

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Daniel Farrell

*KAZEROUNI LAW GROUP, APC*
*245 FISCHER AVENUE, UNIT D1*
*COSTA MESA, CA 92626*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FARRELL, <br><br> Plaintiff, <br><br> v. <br><br> BOEING EMPLOYEES CREDIT UNION; AND, MOORE BREWER & WOLF, A PROFESSIONAL CORPORATION, <br><br><br> Defendants. | **Case No.:** 16-cv-2711 NC <br><br> **DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF DANIEL FARRELL'S MOTION FOR SUMMARY ADJUDICATION, AGAINST DEFENDANTS** <br><br> **DATE:**  April 19, 2017 <br> **TIME:**  1:00 p.m. <br> **COURTROOM:**  7 <br><br> **HON. NATHANAEL M. COUSINS** |

///

I, MATTHEW M. LOKER, hereby declare as follows:

1. I am attorney licensed to practice law in the State of California and all Districts of California.

2. I am a partner with the Kazerouni Law Group, APC, and co-counsel for Plaintiff DANIEL FARRELL ("Farrell").

3. I have personal knowledge of the following facts and if called as a witness would testify as follows.

4. This declaration is in support of Farrell's Motion for Summary Adjudication against Defendants BOEING EMPLOYEES CREDIT UNION ("BECU"); and, MOORE BREWER & WOLF, A PROFESSIONAL CORPORATION ("MB&W").

5. MB&W's cited Responses to Farrell's Requests for Admissions are attached hereto as Exhibit 1

6. The cited excerpts from Duane Tyler's Deposition Transcript are attached hereto as Exhibit 2.

7. On several occasions, including March 6, 2017, I visited the Defense Finance and Accounting Service's ("DFAS") website.

8. The address for this website is https://ww.dfas.mil.

9. While there, I reviewed informed provided by DFAS that relates to garnishment of civilian employees' pay.

10. Screenshots of this information are provided in the body of Farrell's Motion for Summary Adjudication.

11. The full pages relied upon for these screenshots are attached below.

12. A true and correct of https://www.dfas.mil/garnishment/civgarnishment/lawsandregs.html is attached hereto as Exhibit 3.

13. A true and correct of https://www.dfas.mil/garnishment/about.html is attached hereto as Exhibit 4.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

14. A true and correct of https://www.dfas.mil/garnishment/civgarnishment/faqs.html is attached hereto as Exhibit 5.

15. As stated in Farrell's concurrent filing, Farrell requests judicial notice of these military websites.

I declare under penalty and perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on the 6th day of March, 2017, at Arroyo Grande, California.

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626